United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ANGEL SIFUENTES III,
Plaintiff,

v.

ADOBE INC.,
Defendant.

Case No.26-cv-05563-EKL

**JUDGMENT**

Re: Dkt. No. 11

On August 24, 2026, the Court dismissed Plaintiff's complaint. ECF No. 11. Because Plaintiff's claims for negligence and for intentional and negligent infliction of emotional distress (Counts I, V, and VI) were dismissed with prejudice, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff on those claims pursuant to Federal Rule of Civil Procedure 58. Plaintiff's remaining claims (Counts II, III, IV, and VII) were dismissed without prejudice but without leave to amend in federal court. Plaintiff shall take nothing by the complaint herein.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 24, 2026

EUMI K. LEE
United States District Judge